IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| WILLIAM LEN RAINEY, )<br>)<br>Petitioner, )<br>)<br>V. )<br>)<br>LORIE DAVIS, Director, )<br>Texas Department of Criminal Justice, )<br>Correctional Institutions Division, *et al.* )<br>)<br>Respondents. ) | CIVIL ACTION NO.<br>1:17-CV-114-BL<br><br><br><br>Assigned to U.S. Magistrate Judge |

## ORDER DENYING MOTION TO ACCESS DATABASES

Before the Court is Petitioner's "Motion to Access Lexis, Westlaw and/or Pacer Database." (Doc. 13.)  Petitioner contends that when the Respondent later files an answer or other response to his § 2254 petition with motion to stay, "Respondent's counsel *may* cite in his or her answer cases not available to Petitioner via TDCJ law library," and he thus seeks to have the Court order him to have access to a legal electronic database.  But, as is self-evident, as the Respondent has not yet filed an answer, Petitioner's motion seeks relief that may not even arise.

It is therefore **ORDERED** that the "Motion to Access Lexis, Westlaw and/or Pacer Database" (doc. 13) is **DENIED**.

Signed September 21, 2017.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE